IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY WAYNE GRIMES, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-0461 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| DICKSON COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 234) that the Defendant William Jackson's motion for summary judgment (Docket Entry No. 46) be granted because Plaintiff has not filed a response. In addition, Plaintiff has not objected to the Report and Recommendation within the time provided. Fed. R. Civ. P. 72(b).

After de novo review, Defendant William Jackson's motion for summary judgment (Docket Entry No. 46) is **GRANTED** and the Court **ADOPTS** the Report and Recommendation (Docket Entry No. 234). It is **ORDERED** that Plaintiff's claims against Defendant William Jackson are **DISMISSED with prejudice**.

In addition, Plaintiff has not filed a response to the Magistrate Judge's Order (Docket Entry No. 68) to show cause why the motion for summary judgment (Docket Entry No. 59) filed by remaining Defendants: Dickson County, Wally, Young, Whittington, Lampley, Brooks, Little, Johnson and Felts, should not be granted. Accordingly, those Defendants' motion for summary judgment (Docket Entry No. 59) is **GRANTED** and this action is also **DISMISSED with prejudice** for Plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 20th day of July, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge